DAVID B. BARLOW, United States Attorney (#13117)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-5694

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-776-DB |
| Plaintiff, | |
| vs. | I N F O R M A T I O N |
| BENJAMIN SMITH<br>a/k/a T.J. Smith & Vernon Smith, | NOTICE OF SENTENCING ENHANCEMENT DUE TO PRIOR CONVICTION PURSUANT TO 21 U.S.C. § 851 & 18 U.S.C. § 924(c)(1)(C)(i). |
| Defendant. | |

_____

The United States of America by and through the undersigned Assistant United States Attorney, hereby files this Information pursuant to 21 U.S.C. § 851(a)(1), notifying defendant that he may be subject to increased punishments pursuant to the following:

**Count I** -- A prior conviction for a felony drug offense pursuant 21 U.S.C. § 841(b)(1)(B) as a result of the following:

>   On or about August 15, 2003, in Federal District Court, District of Utah, Case #2:02-CR-258-DKW, the defendant was convicted for possession of a controlled substance with intent to distribute, a felony.

**Count II** -- A prior conviction for violating 18 U.S.C. § 924(c) pursuant to 18 U.S.C. § 924(c)(1)(C)(i) as a result of the following:

>   On or about August 15, 2003, in Federal District Court, District of Utah, Case #2:02-CR-258-DKW, the defendant was convicted for carrying a firearm during a drug trafficking crime, a felony.

**Count III** -- A prior conviction for a drug offense pursuant 21 U.S.C. § 844(a) as a result of the following:

>   On or about August 15, 2003, in Federal District Court, District of Utah, Case #2:02-CR-258-DKW, the defendant was convicted for possession of a controlled substance with intent to distribute, a felony.

>   DATED this  21th  day of NOVEMBER, 2013.

>>   DAVID B. BARLOW
>>   United States Attorney


>>   /s/ Mark K. Vincent
>>   MARK K. VINCENT
>>   Assistant United States Attorney