2:BCR746-DB
RECEIVED CLERK
SEP 13 2016
U.S. DISTRICT COURT

(9-12-16) Benjamin Smith  T.JJR 726-78 (social security # ███████)

Dear Judge Dee Benson

I am (Jason Zuger Smith Sr.) (Birth date 10-11-79) writing in regards Too (my brothers well being and the seriousness of how much our family needs his realeas & back into the comunity and as a citizen & a father and brother & Son. I am vouching for him and his realese & that he is a stand up person and very good. He has no badness about him hes very honorable and a very blessed person. He deserves a second chance and his freedom back A.S.A.P Please. I have wrote to you before and I hope that this reaches you in good spirits and that your ok and doing well. I like to say God Bless you and that I am telling the truth that theres more then what is knowen he was set up and he has Honors and credentials as to being a Law abiding citizen. & USA citizen. I have explained about the siteation in past letters I want to give you my word that I love him & know he doesnt deserve to be locked up please reenstate him Pretty Please. I know he will do good. & I know that hes a very honest person. Please release him on Probation Parole. He has helped me very very much. & hes a very good Brother I Love him and as a Brother to you I gives my Sworn Oath that he will abide and doo great. Thank you and may God Bless you. Amen Jason Zuger Smith Sr